In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-066 CR


NO. 09-07-067 CR


____________________



WESLEY EDWIN BRUCE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause Nos. CR25779 and CR25780






MEMORANDUM OPINION


 Wesley Edwin Bruce was convicted and sentenced on indictments for aggravated
sexual assault of a child and possession of child pornography. Bruce filed notice of appeal
on January 26, 2007. In each case, the trial court entered a certification of the defendant's
right to appeal in which the court certified that the defendant waived the right of appeal. See
Tex. R. App. P. 25.2(a)(2). The trial court's certifications have been provided to the Court
of Appeals by the district clerk.

 On February 1, 2007, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within thirty days of the date of the notice and made
a part of the appellate records. See Tex. R. App. P. 37.1. The records have not been
supplemented with amended certifications.

 Because certifications that show the defendant has the right of appeal has not been
made part of the record, the appeals must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED. 


 ______________________________

 STEVE McKEITHEN

 Chief Justice

 

Opinion Delivered March 21, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.